IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00804-WYD-MEH

JAMES DUCHARME, individually,

    Plaintiff(s),

v.

SAVASENIORCARE, INC., a Delaware Corporation;
SAVASENIORCARE, L.L.C., a Delaware Limited Liability Company;
SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C., a Delaware Limited Liability Company;
NATIONAL SENIOR CARE, INC., a Delaware Corporation;
MARINER HEALTH CARE, INC.;
LIVING CENTERS ROCKY MOUNTAIN, INC., a Nevada Corporation;
CANYON SUDAR PARTNERS, L.L.C., a Delaware Limited Liability Company;
RUBIN SCHRON, individually;
AVI SCHRON, individually;
HARRY GRUNSTEIN, individually; and
MURRAY FORMAN, individually,

    Defendant(s).

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Motion to Dismiss Pursuant to F.R.C.P. 12(b)(5) or, Alternatively, to Quash Service of Complaint Upon Defendants Savaseniorcare, L.L.C., Savaseniorcare Administrative Services, L.L.C., and Canyon Sudar Partners, L.L.C., filed June 22, 2006 **(docket #12)** AND the Motion to Dismiss Pursuant to F.R.C.P. 12(b)(5), or Alternatively, to Quash Service of Complaint Upon Defendant Savaseniorcare, Inc., filed June 22, 2006 **(docket #15)** are **DENIED AS MOOT**.

    Plaintiff shall respond to the Amended Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) and 12(b)(5) or, Alternatively, to Quash Service of Complaint Upon Defendants Savaseniorcare, L.L.C., Savaseniorcare Administrative Services, L.L.C., and Canyon Sudar Partners, L.L.C., filed July 13, 2006 **(docket #28)** AND the Amended Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1) and 12(b)(5) or, Alternatively, to Quash Service of Complaint Upon Defendant Savaseniorcare, Inc., filed July 13, 2006 **(docket #29)**,

no later than **Friday, July 28, 2006**.

    Dated:  July 13, 2006