IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00804-WYD-MEH

JAMES DUCHARME, individually,

    Plaintiff(s),

v.

SAVASENIORCARE, INC., a Delaware Corporation;
SAVASENIORCARE, L.L.C., a Delaware Limited Liability Company;
SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C., a Delaware Limited Liability Company;
NATIONAL SENIOR CARE, INC., a Delaware Corporation;
MARINER HEALTH CARE, INC.;
LIVING CENTERS ROCKY MOUNTAIN, INC., a Nevada Corporation;
CANYON SUDAR PARTNERS, L.L.C., a Delaware Limited Liability Company;
RUBIN SCHRON, individually;
AVI SCHRON, individually;
HARRY GRUNSTEIN, individually; and
MURRAY FORMAN, individually,

    Defendant(s).

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the Order to Show Cause issued on August 22, 2006, in which Defendants SavaSeniorCare, L.L.C., SavaSeniorCare Administrative Services, L.L.C., Canyon Sudar Partners, L.L.C., and SavaSeniorCare, Inc., were Ordered to show cause why this Court should not impose costs for their failure to comply with the request to waive service of a summons as set forth in Rule 4(d)(5). Defendants filed a Response on September 1, 2006. In the Response, Defendants contend that they did not waive service in order to preserve lack of

personal jurisdiction as a defense.  Rule 4(d)(1) specifically states that "[a] defendant who waives service of a summons does not thereby waive any objection to the venue or to the jurisdiction of the court over the person of the defendant."  Therefore, Defendants desire to preserve this defense does not excuse them from the duties set forth in Rule 4(d).  However, the Response also states that at the time Plaintiff's counsel requested waiver pursuant to Fed. R. Civ. P. 4(b), Defendants' counsel informed Plaintiff's counsel that he could not waive service as requested and was not certain which entities he would be representing.  Under these circumstances, I find that the Order to Show Cause should be and is hereby **DISCHARGED**.

     Dated:  September 20, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge