IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00804-WYD-MEH

JAMES DUCHARME, individually,

    Plaintiff(s),

v.

SAVASENIORCARE, INC., a Delaware Corporation;
SAVASENIORCARE, L.L.C., a Delaware Limited Liability Company;
SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C., a Delaware Limited Liability Company;
NATIONAL SENIOR CARE, INC., a Delaware Corporation;
MARINER HEALTH CARE, INC.;
LIVING CENTERS ROCKY MOUNTAIN, INC., a Nevada Corporation;
CANYON SUDAR PARTNERS, L.L.C., a Delaware Limited Liability Company;
RUBIN SCHRON, individually;
AVI SCHRON, individually;
HARRY GRUNSTEIN, individually; and
MURRAY FORMAN, individually,

    Defendant(s).

## ORDER DISMISSING PARTY

THIS MATTER is before the Court on the Stipulation for Dismissal of Plaintiff's Claims Against Defendants Rubin Schron and Avi Schron, filed October 27, 2006 (docket #85), pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  Upon review of the Stipulation and file in this matter, I find that the claims and causes of action asserted against Defendants Rubin Schron and Avi Schron should be **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated: November 6, 2006

                                      BY THE COURT:
                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge