IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00804-WYD-MEH

JAMES DUCHARME, individually,

    Plaintiff(s),

v.

SAVASENIORCARE, INC., a Delaware Corporation;
SAVASENIORCARE, L.L.C., a Delaware Limited Liability Company;
SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C., a Delaware Limited Liability Company;
NATIONAL SENIOR CARE, INC., a Delaware Corporation;
MARINER HEALTH CARE, INC.;
LIVING CENTERS ROCKY MOUNTAIN, INC., a Nevada Corporation;
CANYON SUDAR PARTNERS, L.L.C., a Delaware Limited Liability Company;
RUBIN SCHRON, individually;
AVI SCHRON, individually;
HARRY GRUNSTEIN, individually; and
MURRAY FORMAN, individually,

    Defendant(s).

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants Rubin Schron and Avi Schron's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) for Lack of Personal Jurisdiction, filed August 28, 2006 (docket #46), is **DENIED AS MOOT**.  Defendants Rubin and Avi Schron were dismissed from this case on November 6, 2006.

    The Motion to Dismiss for Insufficiency of Process, Insufficiency of Service of Process, and for Lack of Personal Jurisdiction, filed October 6, 2006 by Defendant Harry Grunstein (docket #75) is **DENIED AS MOOT**.  Defendant Harry Grunstein was dismissed from this case on November 2, 2006.

    Dated:  November 22, 2006