IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00804-WYD-MEH

JAMES DUCHARME,

    Plaintiff,

v.

SAVASENIOR CARE, INC., a Delaware Corporation, *et al.*,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 29, 2006.**

The law and analysis contained within the motions addressed below are on point to the issues presented, and remain unchallenged by the Plaintiff in any response thereto. Accordingly, it is hereby **ORDERED** that:

1. Defendants Mariner Health Care, Inc., National Senior Care, Inc., and Living Centers - Rocky Mountain, Inc.'s ("Mariner entities") Motion to Quash Notice of Deposition Duces Tecum of Martin Stein Pursuant to Fed.R.Civ.P. 45(c)(3)(A) and Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c)(1) [**Filed October 20, 2006; Docket #80**] is **granted**. The notice of deposition duces tecum directed to Mr. Martin Stein, outside general counsel for the Mariner entities, is hereby quashed and a protective order under Fed.R.Civ.P. 26(c)(1) is granted that Mr. Stein's deposition not be taken in this case.

2. Defendants SavaSeniorCare, Inc., SavaSeniorCare, L.L.C., SavaSeniorCare Administrative Services, L.L.C., SSC Denver Red Rocks Operating Company, L.L.C., SSC Denver Red Rocks Management Company, L.L.C., SSC Denver Red Rocks Management Company, L.L.C., and Canyon Sudar Partners, L.L.C.'s Motion to Quash Notice of Videotaped Deposition Duces Tecum of Clarence A. Shelton, III and Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c) [**Filed November 2, 2006; Docket #90**] is **granted**. The Notice of Videotaped Deposition Duces Tecum of Clarence A. Shelton, III for November 3, 2006, is hereby quashed and Plaintiff's counsel is directed to take Mr. Shelton's deposition in Atlanta, Georgia, on a date convenient to Mr. Shelton but as soon as is practicably possible.