IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00804-WYD-MEH

JAMES DUCHARME, individually,

    Plaintiff,

v.

SAVASENIORCARE, INC., a Delaware Corporation;
SAVASENIORCARE, L.L.C., a Delaware Limited Liability Company;
SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C., a Delaware Limited Liability Company;
NATIONAL SENIOR CARE, INC., a Delaware Corporation;
MARINER HEALTH CARE, INC.;
LIVING CENTERS ROCKY MOUNTAIN, INC., a Nevada Corporation;
CANYON SUDAR PARTNERS, L.L.C., a Delaware Limited Liability Company;
RUBIN SCHRON, individually;
AVI SCHRON, individually;
HARRY GRUNSTEIN, individually; and
MURRAY FORMAN, individually,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 20, 2007.**

    For good cause shown, the Stipulated Motion for Modification of Scheduling Order [Filed February 19, 2007; Docket #108] is **granted**. The Scheduling Order in this case is hereby modified as follows:

1. Plaintiff's expert disclosures shall be due on or before March 16, 2007;
2. Defendants' expert disclosures shall be due on or before April 16, 2007;
3. Rebuttal expert disclosures shall be due on or before April 26, 2007.

All other case management deadlines shall continue in full force and effect.