IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00804-WYD-MEH

JAMES DUCHARME, individually,

    Plaintiffs,

v.

SAVASENIORCARE, INC., a Delaware Corporation, *et al.*;

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulated Motion to Dismiss with Prejudice of All Claims, filed May 15, 2007 (docket #119) by Plaintiff and Defendants National Senior Care, Inc., Mariner Health Care, Inc. and Living Centers-Rocky Mountain, Inc.  Upon consideration of the motion and file herein, I find that all the claims and causes of action asserted against the remaining Defendants in this case are **DISMISSED WITH PREJUDICE**, and this case is closed, each party to pay its own costs and attorneys fees.

    Dated:  May 16, 2007

                                              BY THE COURT:
                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge